UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>             Plaintiff,<br><br>      v.<br><br>S & R DRYWALL, INCORPORATED, et al.,<br><br>             Defendants. | Case No. 21-cv-03099-SK<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff filed this action on April 28, 2021. Pursuant to the scheduling order entered on April 29, 2021, the last day for Plaintiff to file a Notice of Need for Mediation as to Defendant E Plus Studio Incorporated was August 30, 2021. (Dkt. No. 5.) To date, Plaintiff has not yet done so. Additionally, it is not clear whether Plaintiff has yet served Defendant S & R Drywall, Incorporated. Accordingly, Plaintiff is HEREBY ORDERED to Show Cause in writing by no later than December 7, 2021 why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff is admonished that, if he fails to file a response to this Order to Show Cause by December 7, 2021, the Court will reassign this matter and issue a report and recommendation that this matter be dismissed for failure to prosecute.

**IT IS SO ORDERED**.

Dated: November 29, 2021

_____
SALLIE KIM
United States Magistrate Judge