UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian Whitaker,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>S & R Drywall, Incorporated; E Plus Studio Inc.; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 3:21-cv-03099-SK<br><br>**ORDER** |

　　　　The Court has previously noted Plaintiff's counsel's deficiencies and failure to diligently prosecute this case, including delays in filing a Notice of Need for Mediation as to Defendant E Plus Studio Incorporated, filing a motion for default judgment against S & R Drywall, and timely moving to extend deadlines.  On May 26, 2022, the Court Ordered Defendants to provide three dates of availability for a site inspection by no later than June 2, 2022 and extended the deadline to complete the site inspection to June 10, 2022.  (Dkt. No. 31.)  It is unclear whether the parties complied with these deadlines, but it appears unlikely.  On August 30, 2022, Plaintiff filed a status report which ignored these deadlines and referenced an incorrect deadline from a nonexistent order.

　　　　The Court again admonishes counsel that the Court's deadlines are not optional.  If a party cannot meet a deadline, counsel is required to request an extension with a showing of good cause

Order　　　　　-1-　　　　　　　3:21-cv-03099-SK

sufficiently before the deadline has expired to provide time for the Court to rule on the request and time for the party to comply with the original deadline if denied.  This is not the first time the Court has had to admonish Plaintiff's counsel and unfortunately, it does not seem to be the last time either.  Therefore, the Court issues another Order to Show Cause in writing by no later than September 16, 2022 to Plaintiff why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b), why Plaintiff's counsel should not be personally sanctioned in the amount of $1,000, and why Plaintiff's counsel Amanda Seabock, Russell Handy, Isabel Rose Masanque, and Josie Zimmermann with the Center for Disability Access should not be referred to the Northern District of California's Standing Committee on Professional Conduct.  In addition to responding in writing, Plaintiff and Plaintiff's counsel shall respond to this OSC at a hearing – *in person* – on September 26, 2022 at 9:00 a.m.

The Court DENIES the request to vacate all dates.  If the Court does not dismiss this case at the hearing on September 26, 2022, the Court will set a further status conference to be held if the parties have not already dismissed this action.

**IT IS SO ORDERED**.

Dated: September 6, 2022

_____
HONORABLE SALLIE KIM
United States Magistrate Judge