United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>    Plaintiff,<br><br>    v.<br><br>S & R DRYWALL, INCORPORATED, et al.,<br><br>    Defendants. | Case No. 21-cv-03099-SK<br><br>**ORDER TO SHOW CAUSE** |

On October 18, 2022, the Court issued an Order setting a Status Conference on November 7, 2022 at 1:30 p.m. (Dkt. No. 46.) The Court directed the parties to file a status conference statement by no later than October 24, 2022 and to appear at the Status Conference on November 7, 2022. Both Defendants failed to appear at the Status Conference. Therefore, the Court issues an Order to Show Cause ("OSC") why Defendants S & R Drywall, Incorporated and E Plus Studio Inc., or their counsel, should not be sanctioned in the amount of $500 each for failure to appear. Defendants shall respond in writing to this OSC by no later than November 16, 2022.

**IT IS SO ORDERED**.

Dated: November 9, 2022

_Sallie Kim_
SALLIE KIM
United States Magistrate Judge