1  CENTER FOR DISABILITY ACCESS
   Prathima Price, Esq., SBN 321378
2  Claire Cylkowski, Esq., SBN 335352
3  100 Pine St., Ste 1250
   San Francisco, CA 94111
4  (858) 375-7385; (888) 422-5191 fax
   clairec@potterhandy.com
5  Attorneys for Plaintiff

6
   Steven E. McDonald, SBN 121949
7  BLEDSOE, DIESTEL, TREPPA & CRANE LLP
   180 Sansome Street, 5th Floor
8  San Francisco, California 94104-3713
9  Telephone: (415) 981-5411
   Facsimile: (415) 981-0352
10 smcdonald@bledsoelaw.com
   Attorneys for Defendant
11  S&R Drywall, Incorporated

12
   Frankie F. Yeung (SBN: 265014)
13 LAW OFFICES OF THE FRANKIE F. YEUNG
   1121 Vicente Street
14 San Francisco, CA 94116
15 Telephone: (415) 632-6382
   Facsimile: (415) 753-0310
16 Attorney for Defendant
   E Plus Studio Inc., a California Corporation
17

18                    UNITED STATES DISTRICT COURT
19                   NORTHERN DISTRICT OF CALIFORNIA

20

21 | BRIAN WHITAKER,                                    ) Case No.: 3:21-cv-03099-SK
22 |         Plaintiff,                                 ) **JOINT STIPULATION FOR**
   | v.                                                 ) **DISMISSAL PURSUANT TO**
23 | S & R DRYWALL, INCORPORATED, a                    ) **FEDERAL RULE OF CIVIL**
   | California Corporation;                           ) **PROCEDURE 41(a)(1)(A)(ii)**
24 | E PLUS STUDIO INC., a California
   | Corporation,                                       )
25 |                                                    )
   |         Defendants.                                )
26

27

28

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; Defendant S&R Drywall Inc. does not waive its right to recover attorneys fees and costs against defendant E Plus Studio Inc.; Defendant E Plus Studio Inc. does not waive its right to recover attorneys fees and costs against defendant S&R Drywall Inc.; Defendant E Plus Studio also reserves the right to recover the Settlement payment from defendant S&R Drywall Inc. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: November 28, 2022    CENTER FOR DISABILITY ACCESS

By:   /s/ Claire Cylkowski
       Claire Cylkowski
       Attorneys for Plaintiff

Dated: November 28, 2022    BLEDSOE, DIESTEL, TREPPA & CRANE LLP

By:   /s/ Steven E. McDonald
       Steven E. McDonald
       Attorneys for Defendant
       S&R Drywall, Incorporated

Dated: November 28, 2022    LAW OFFICES OF THE FRANKIE F. YEUNG

By:   /s/ Frankie F. Yeung
       Frankie F. Yeung
       Attorneys for Defendant
       E Plus Studio Inc., a California Corporation

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Steven E. McDonald, counsel for S&R Drywall, Incorporated and Frankie F. Yeung, counsel for E Plus Studio Inc., a California Corporation, and that I have obtained authorization to affix their electronic signature to this document.

Dated: November 28, 2022    CENTER FOR DISABILITY ACCESS

By:   /s/ Claire Cylkowski
      Claire Cylkowski
      Attorneys for Plaintiff